Argued and submitted June 28, judgment of conviction vacated October 11, 1995

STATE OF OREGON,
*Respondent,*

*v.*

MARELENE S. DIKEMAN,
*Appellant.*

(DC9411671; CA A85602)

903 P2d 418

Eric M. Cumfer, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Judgment of conviction vacated. *State v. Rudder/Webb,* 137 Or App 43, 903 P2d 393 (1995).